FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 27 2007

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AREA WIDE DIRECTORY COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:06cv392 |
| v. | § | |
| | § | |
| MY LONESTAR PAGES, INC., | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 6, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss be GRANTED and that the above titled and numbered cause of action be DISMISSED WITHOUT PREJUDICE.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that the Defendant's Motion to Dismiss is **GRANTED** and the Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 26th day of June, 2007.

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE